**Order entered March 6, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00098-CV

**RYAN GALLAGHER, Appellant**

**V.**

**COLLIN COUNTY, ET AL., Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00049-2020**

### ORDER

Before the Court is appellant's March 3, 2020 motion seeking a "waiver of transcript fees". Although appellant states in its motion that there is an "affidavit of Indigency on Record", the record before this Court does not show that he has complied with rule 145 of the rules of civil procedure. *See* TEX. R. CIV. P. 145. Accordingly, we **DENY** appellant's motion seeking waiver of transcript fees.

Also before the Court is appellant's March 3, 2020 motion seeking an extension of time to file his brief on the merits. Although the appellate record has

not been filed and is not due until March 23rd, appellant filed a brief on February 18th. Because appellant's brief is not yet due, we **DENY** his extension motion as premature. On the Court's own motion, we **STRIKE** appellant's brief filed on February 18th. Appellant shall file his brief on the merits **WITHIN THIRTY DAYS** after the record is complete. *See* TEX. R. APP. P. 38.6(a)(2). We caution appellant that his brief must comply with the requirements set forth in rule 38.1 of the rules of appellate procedure. *See id*. 38.1.

/s/     KEN MOLBERG
        JUSTICE